**FILED**
3/15/18
Date / Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action No. _____ 6:18-CV-397-ORL-40-KRS

BILL COONEY

    Plaintiff,

v.

COLLEGIATE PREP REALTY, LLC d/b/a
WINDERMERE PREPARATORY SCHOOL,

    Defendant.

## NOTICE OF REMOVAL

Defendant Collegiate Prep Realty, LLC d/b/a Windermere Preparatory School ("Windermere"), by and through its undersigned counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 to remove this civil action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. In support, Windermere states as follows:

1. On February 7, 2018, Plaintiff Bill Cooney filed his Complaint in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2018-CA-001339-O, captioned *Bill Cooney v. Collegiate Prep Realty, LLC d/b/a Windermere Preparatory School* (the "State Court Action"). *See* Exhibit B.

2. This matter was served by process server upon Windermere's agent for acceptance of service of process on February 23, 2018.

3. This Notice of Removal is timely filed within thirty (30) days after Windermere's receipt of a copy of the Complaint. In accordance with 28 U.S.C. § 1446 and Local Rule 4.02, a

copy of all process, pleadings and orders served on Defendant and documents filed in the State Court Action are attached hereto as follows:

| | | |
|---|---|---|
| Exhibit A: | Civil Summons | |
| Exhibit B: | Complaint and Demand for Jury Trial | |
| Exhibit C: | State Court Civil Cover Sheet | |
| Exhibit D: | Notice of Designation of E-Mail Addresses for Service of Court Documents | |
| Exhibit E: | Plaintiff's Notice of Taking Corporate Representative Deposition | |
| Exhibit F: | Plaintiff's First Request for Production of Documents to Defendant | |
| Exhibit G: | Plaintiff's Notice of Service of First Set of Interrogatories to Defendant | |
| Exhibit H: | Return of Service | |

4. This is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that the matter in controversy involves a federal question. Specifically, Cooney alleges that he was denied wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. Thus, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

6. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. §§ 89(b), 1446(a), as this is the district and division within which the State Court Action is pending.

7. Simultaneous with this filing, a Notice of Filing of Notice of Removal will be served upon all parties and provided to the Clerk of the Court for the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by 28 U.S.C. § 1446 (d). *See* Exhibit I hereto.

8. Windermere submits this Notice of Removal without conceding Cooney has standing or that Cooney has pleaded any valid claims upon which relief can be granted, without waiving any procedural or substantive rights or defenses, and without admitting Cooney is entitled to any relief whatsoever.

WHEREFORE, this action is properly removed from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings in accordance with the provisions of 28 U.S.C. § 1441.

This 15th day of March, 2018.

Respectfully submitted,

/s/ Nader S. Raja
Nader S. Raja
Florida Bar No. 102803
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Floor 47
Charlotte, NC  28202-4003
(704) 331-1000

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be filed on March 15, 2018, with the Clerk of Court in the Court's CM/ECF system. I further certify that I caused to be served the foregoing document by e-mail and by first-class mail to the following non-CM/ECF participants:

>Matthew K. Fenton
>Wenzel Fenton Cabassa, P.A.
>1100 North Florida Avenue, Suite 300
>Tampa, FL 33602
>mfenton@wfclaw.com
>
>*Counsel for Plaintiff*

This the 15th day of March, 2018.

>/s/ Nader S. Raja
>Nader S. Raja