**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BILL COONEY,

        Plaintiff,

v.                                        Case No: 6:18-cv-397-Orl-40KRS

COLLEGIATE PREP REALTY, LLC,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve FLSA Settlement (Doc. 22) filed on September 11, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 21, 2018 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the settlement is a fair resolution of a bona fide dispute under the FLSA.

3. The Joint Motion to Approve FLSA Settlement (Doc. 22) is **GRANTED**.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 9, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties